# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Dominion Voting Systems Corporation, et a

**v.**

My Pillow, Inc., et al.

**Case No:** 26-7168

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Smartmatic USA Corp.

Smartmatic International Holding B.V.

SGO Corporation Limited

### Counsel Information

Lead Counsel: J. Erik Connolly

Direct Phone: ( 312 ) 624-6348 Fax: ( 312 ) 767-9192 Email: econnolly@beneschlaw.com

2nd Counsel: Timothy M. Frey

Direct Phone: ( 312 ) 624-6365 Fax: ( 312 ) 767-9192 Email: tfrey@beneschlaw.com

3rd Counsel: Julie M. Loftus

Direct Phone: ( 312 ) 624-6341 Fax: ( 312 ) 767-9192 Email: jloftus@beneschlaw.com

Firm Name: Benesch Friedlander Coplan & Aronoff LLP

Firm Address: 71 South Wacker Drive, Suite 1600, Chicago, Illinois 60606

Firm Phone: ( 312 ) 212-4949 Fax: ( 312 ) 767-9192 Email: docket@beneschlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.