**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>*Appellants*,<br><br>vs.<br><br>LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Appellees*. | Case No. 26-7168 |

**SMARTMATIC'S MOTION TO DISMISS FOR WANT OF PROSECUTION**

Pursuant to Federal Rules of Appellate Procedure 27 and 38 and D.C. Circuit Rule 38, Appellees Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") respectfully move to dismiss the appeal of Appellants My Pillow, Inc. and Michael J. Lindell for lack of prosecution. Pursuant to the Court's August 25, 2026 Order, Appellants were required to file their initial submission in this appeal by September 24, 2026. To date, Appellants have not filed anything or requested leave for an extension of time. Appellants' violations of this Court's Rules justify dismissal of their appeal.

Under this Court's Rules, "[w]hen any party to a proceeding before this court or any attorney practicing before the court fails to comply with the [Federal Rules of Appellate Procedure], these rules, or an order of this court . . . the court may, on its own motion, or on motion of a party, impose appropriate sanctions on the offending party, the attorney, or both," which includes "dismissal for failure to prosecute[.]" D.C. Cir. Rule 38; *see, e.g., Pang-Tsu Mow v. Republic of China*, 220 F.2d 811, 815 (D.C. Cir. 1955) (dismissing portion of appeal for failure to "designate and file the record"). Here, Appellants have failed to comply with this Court's Order and the D.C. Circuit Rules, and have failed to prosecute this appeal, such that dismissal is warranted.

On August 25, 2026, Appellants filed a notice of appeal challenging four decisions by the District Court. [*See* Dist. Ct. Dkt. No. 261.] Appellants' notice of appeal was docketed in this Court the same day. [ECF No. 2189787.] Also on August 25, 2026, this Court entered an Order directing Appellants to file initial submissions by September 24, 2026 and setting a dispositive motion deadline of October 9, 2026. [ECF No. 2189790.] The Court further sent a letter directing counsel for Appellants to apply for admission to the bar of this Court. [ECF No. 2189789.]

Appellants failed to file any of the initial submissions enumerated in the Court's August 25, 2026 Order by the September 24, 2026 deadline, including but not limited to the Certificate as to Parties, Rulings, and Related Cases; Docketing

Statement Form; Statement of Issues to be Raised; Transcript Status Report; and Underlying Decision[s] from Which Appeal or Petition Arises. [ECF No. 2189790.] No attorney has filed an appearance on behalf of Appellants.

Appellants have failed to comply with the Court's August 25, 2026 Order. More than two weeks have passed since Appellants' initial submissions were due, and Appellants have filed none of them. No counsel has entered an appearance on Appellants' behalf. Appellants have not sought an extension or otherwise taken any steps to prosecute this appeal. Appellants' inaction has prevented this appeal from proceeding and has left Smartmatic unable to evaluate the issues Appellants intend to raise. Because Appellants have failed to take any steps to prosecute this action, dismissal of the appeal is warranted.

Accordingly, Smartmatic respectfully requests that the Court grant its motion to dismiss this appeal with prejudice.

Dated: October 9, 2026

Respectfully submitted,

<u>*/s/ Timothy M. Frey*</u>

J. Erik Connolly
Timothy M. Frey
Julie M. Loftus
Email: econnolly@beneschlaw.com
Email: tfrey@beneschlaw.com
Email: jloftus@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Appellees Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 502 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with Federal Rule of Appellate Procedure 32(a)(5)'s typeface requirements and Federal Rule of Appellate Procedure 32(a)(6)'s typestyle requirements because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

*/s/ Timothy M. Frey*
Timothy M. Frey

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

*/s/ Timothy M. Frey*
Timothy M. Frey