# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7168** **September Term, 2026**

**1:21-cv-00445-CJN-MAU**

**Filed On: November 25, 2026** [2205370]

Liberty Vote Holdings Inc., et al.,

Appellees

v.

My Pillow, Inc.,

Appellee

Michael J. Lindell,

Appellant

v.

Smartmatic USA Corp., et al.,

Appellees

## ORDER

On October 9, 2026, appellees filed a dispositive motion. Any response was due by October 19, 2026. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by December 28, 2026, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Kendall M. Callow
Deputy Clerk